1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VALERIE BROOKS, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br>v.<br><br>ANN, INC., also known as ANN TAYLOR, as a subsidiary of ASCENA RETAIL GROUP, INC., a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>    Defendants. | Case No.: 2:20-cv-01224-MCE-KJN<br><br>CLASS ACTION<br><br>Hon. Judge Morrison C. England, Jr<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE PURSUANT TO F.R.C.P. RULE 41(A)**<br><br>Complaint Filed: June 17, 2020<br>Trial Date:      None Set |

**ORDER GRANTING JOINT STIPULATION TO DISMISS CASE**

1  IT IS HEREBY ORDERED THAT, good cause showing, Plaintiff Valerie Brooks and Defendants Ann, Inc. and Ascena Retail Group, Inc.'s joint request that this Court enter a dismissal of the entire case, including all claims and causes of action, without prejudice, is GRANTED in full.  This case is hereby DISMISSED in its entirey.  Each party shall bear her or its own fees and costs, and the Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated:  July 21, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE